IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 12-cr-00026-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO GUTIERREZ-HERNANDEZ,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Judge William J. Martínez, it is

    ORDERED that Defendant Armando Gutierrez-Hernandez is sentenced to TIME SERVED.

    DATED: June 25, 2012.

                                             BY THE COURT:

                                             _____

                                             Judge William J. Martínez
                                             United States District Judge